DEFENDANT:      CLAYTON HUGHES                                              Judgment — Page  2  of  7
CASE NUMBER:    1:01-CR-0073-01

## IMPRISONMENT

Pursuant to the Sentencing Reform Act of 1984, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ___96 months___.
This term consists of terms of 48 months on each of Counts I and II, to be served consecutively and consecutive to the Parole Revocation sentence imposed in Dauphin County docket number 3840-CD-1997.

**FILED**
HARRISBURG, PA
NOV 0 2 2004
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____.
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __10/07/04__ to __FCI SCH__

at _____, with a certified copy of this judgment.

_Ronnie R. Holt, Warden_
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 9/00) Judgment in a Criminal Case
           Sheet 2 — Reverse — Imprisonment