Cornel Hughes DS-4773
1111 Altamont Blvd.
Frackville PA. 17931

June 3, 2008,

Judge Sylvia H. Rambo
U.S. District Court
Middle District of PA. (Harrisburg)
228 Walnut street
P.O. Box 983
Harrisburg, PA. 17108

FILED
HARRISBURG, PA
JUN 9 2008
MARY E. D'ANDREA, CLERK
Per: _____ Deputy Clerk

Re: Case # 1:01-cr-00073-SHR-ALL

Dear Judge Sylvia H. Rambo,

In 2001 I plead guilty to 2 counts of 21: 843(b) and recieved a total of 96 months. 48 months on each count to run consecutive to my Parole Revocation in Dauphin County. I recently completed my federal sentence and was returned to state custody in 2008, I now have until August 2014 until my parole time is up.

I truly understand how much I benfited from the plea from my federal sentence which was truly a blessing considering the amount of time I could have recieved. I can honestly say 7 years later I understand how my own actions caused me so much trouble. Today I write to you because I know that my prior poor decision-making has changed the way I now look at life. I no longer

with me when I'm released. I have 2 son's that are still very close to me, they are now 9 and 7 years of age. I would like to be a positive force in their lives so they want follow in my foot steps. I have now focused myself to change my behavior and thinking along with the Tools I would need to be succeful once I return. I'm only 32 years of age with a desire to do the right thing in life.

    I understand what I'm asking you to consider although I have already recieved prior relief from you. I would like to know if you can consider on running my orginal sentence from a total of 96 months to consolidate the 2 counts for a total of just 48 months so I will have a chance to come home before 2014. I know I have what it takes to make it and I will do whats nessarry to achieve my goals. I would like to thank you for your precious time in advance.

Respectfully
Mr. Hughes-Conel

Connel Hughes DS-4723    Certified Mail
1111 Altamont Blvd.
Frackville, PA. 17931

"INMATE MAIL"
PA. DEPT. OF CORRECTIONS

Judge Sylvia H. Rambo
U.S. Middle District of PA.
228 Walnut Street
P.O. Box 983
Harrisburg, PA. 17108



Hasler
$05.320
US POSTAGE